E-FILED
TARRANT COUNTY, TEXAS
12/31/2014 4:39:38 PM
MARY LOUISE GARCIA
COUNTY CLERK
BY: K.R. W.

NO. 2012-005830-2

| | | |
|---|---|---|
| MOHAWK SERVICING, LLC, | § | IN THE COUNTY COURT |
| | § | FILED IN |
| Plaintiff, | § | 2nd COURT OF APPEALS |
| | § | FORT WORTH, TEXAS |
| v. | § | AT LAW NUMBER TWO |
| | § | DEBRA SPISAK |
| RZAQ, INC. and BADER OBEID (aka | § | Clerk |
| Bader M. Obeid, dba Carpet Mills of | § | |
| America, and Carpet Mills), | § | |
| | § | |
| Defendants. | § | TARRANT COUNTY, TEXAS |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
1/8/2015 2:03:44 PM
DEBRA SPISAK
Clerk

## NOTICE OF APPEAL

RZAQ, INC. and BADER OBEID, Defendants in the above styled and numbered cause, file this Notice of Appeal, and for same would show:

1.    <u>TRIAL COURT; ORDER APPEALED; DEFENDANTS' APPEAL</u>

Defendants RZAQ, Inc. and Bader Obeid desire to appeal the "Order Appointing Receiver and to Compel Discovery - Multiple Defendants" signed on December 3, 2014, by the County Court at Law No. 2 of Tarrant County, Texas, in cause no. 2012-005830-2, styled *Mohawk Servicing, LLC v. RZAQ, Inc. and Bader Obeid (aka Bader M. Obeid, dba Carpet Mills of America, and Carpet Mills)*. A true copy of the 12/3/14 Order is attached hereto and incorporated herein for all purposes as Exhibit A.

2.    <u>APPEAL TO SECOND COURT OF APPEALS DISTRICT, FORT WORTH, TEXAS</u>

Upon perfection, this appeal will be taken to the Second Court of Appeals District of Texas, Fort Worth, Texas.

3.    <u>DEFENDANTS FILING NOTICE</u>

Defendants RZAQ, Inc. and Bader Obeid are filing this Notice of Appeal.

DEFENDANTS' NOTICE OF APPEAL - Page 1

Respectfully submitted,


/ s / Teresa M. Robbins
Teresa M. Robbins
Texas State Bar No. 24026020

ROBBINS LAW FIRM, PC
P.O. Box 226633
Dallas, Texas 75222
(214) 543-3013
(214) 941-5282 (facsimile)
e-mail: tmrlaw@verizon.net

ATTORNEYS FOR DEFENDANTS
RZAQ, INC. AND BADER OBEID


CERTIFICATE OF SERVICE

A true copy of the foregoing Notice of Appeal has been sent to Mark P. Blenden, Esq., Blenden Roth Law Firm, P.O. Box 560326, Dallas, Texas 75356-0326, with a courtesy copy sent to Michael Bernstein, Esq., 1301 Northwest Highway, Suite 204, Garland, Texas 75041, through Texas E-filing and by facsimile transmission, on December 31, 2014.


/ s / Teresa M. Robbins

Cause No. 2012-005830-2

| | | |
|---|---|---|
| MOHAWK SERVICING, LLC | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NUMBER TWO OF |
| R-ZAQ, INC. ; and BADER OBEID a/k/a Bader M Obeid, d/b/a | § | |
| Carpet Mills of America, and Carpet Mills | § | TARRANT COUNTY, T E X A S |

## ORDER APPOINTING RECEIVER AND TO COMPEL
## DISCOVERY – MULTIPLE DEFENDANTS

1) The court considered the referenced motion. After reviewing the evidence and court file, the court finds that the motion should be granted and that the judgment is valid, final and fully payable. Herein, "Defendants" refers to 1) R-ZAQ, INC. ; and 2) BADER OBEID a/k/a Bader M Obeid, d/b/a Carpet Mills of America, and Carpet Mills.

2) IT IS THEREFORE, ORDERED, that Michael Bernstein, whose address is 1301 Northwest Hwy, #204, Garland, Texas 75041, (telephone 972-271-2700; fax 972-271-1818) be, and he is hereby appointed Receiver pursuant to the Texas Turnover Statute, with authority to take possession of and sell the assets of the Defendants.

3) **Receiver's Powers:** The Receiver shall have the power and authority to take possession of all leviable property of Defendants, including, but not limited to the following non-exempt property: (a) all documents or records, including financial records, related to such property that is in the actual or constructive possession or control of Defendants; (b) all financial accounts (bank accounts), certificates of deposit, money-market accounts, accounts held by any third party; (c) all securities; (d) all real property; personal property including vehicles, boats, and planes; (e) all safety deposit boxes or vaults; (f) all cash; (g) all negotiable instruments, including promissory notes, drafts, and checks; (h) causes of action or choses of action; (i) contract rights, whether present or future; and (j) accounts receivable; and that all such property shall be held in custodia legis of said receiver as of the date of this Order.

4) **Additional Powers:** The Receiver shall have the following additional rights, authority, and powers with respect to the Defendants' property, to: a) collect all accounts receivable of Defendants; b) direct the delivery of Defendants' mail and the mail of any business of the Defendants to the Receiver's address and open all mail directed to Defendants and any business of the Defendants; c) change locks to all premises at which Defendants' property is situated; d) obtain Defendants' credit information and credit reports e) endorse and cash all checks and negotiable instruments payable to Defendants, except paychecks for current wages; f) hire a real estate broker to sell any real property and mineral interest belonging to the Defendant; g) hire any person or company to move and store the property of Defendants; h) insure (but not the obligation to insure) any property belonging to the Defendant; i) obtain from any financial institution, bank, credit union, or savings and loan any financial records belonging to or pertaining to the Defendants; j) obtain from any landlord, building owner or building manager where the Defendants or the Defendants' business is a tenant, copies of the Defendants' lease, lease application, credit application, payment history and copies of Defendants' checks for rent or other payments; k) hire any person or company necessary to accomplish any right or power under this Order; and l) take all action necessary to gain access to all storage facilities, safety-deposit boxes, real property, and leased premises wherein any property of Defendants may be situated, and to review and obtain copies of all documents related to same.

5) **Subpoena Powers:** The Receiver shall have the power and authority to issue subpoenas for production of documents to the Defendant and third parties.

**EXHIBIT A**

Metro (817) 329-7000 · Toll Free (888) 799-3000 · FAX (888) 799-4000
E-mail: david@blendenlawfirm.com www.blendenlawfirm.com
BLENDEN & BUTH LAW FIRM
P.O. Box 561326 · Dallas, Texas 75356-0326
2217 Harwood Road · Bedford, Texas 76021-3607

Metro (817) 318-1000 · FAX (317) 201-1-1- · FAX (888) 799-4000
Toll Free (888) 799-3000

E-mail: david@bleadenlawfirm.com
www.bleadenlawfirm.com

BLENDEN RUTH LAW FIRM
P. O. Box 560326 · Dallas, Texas 75356-0326
2217 Harwood Road · Bedford, Texas · 76021-3607

6) **Officers to Assist Receiver:** Any Sheriff or Constable, and their deputies, and any other peace officers, are hereby directed and ordered to assist the Receiver in carrying out his duties and exercising his powers hereunder and prevent any person from interfering with the Receiver in taking control and possession of the property of Defendants. The Receiver is authorized to direct any Constable or Sheriff to seize and sell property under a Writ of Execution.

7) **Receiver's Bond/ Fee:** The Receiver is ordered to post bond in the amount of $100 payable to this Court and conditioned upon the faithful discharge of his duties in accordance with this Order. The Receiver's fee is 25% of all proceeds coming into his possession, which the court finds to be the customary and usual fee for a turnover receiver. The Receiver's fee is taxed as costs against the Defendants. The Receiver is further ordered to take the oath of his office.

8) **Fees to Plaintiff:** Applicant have and recover of and against Defendants, jointly and severally, Judgment in the additional sum of $500 as additional attorney fees for the presentation of this motion.

9) **Order Compelling Discovery:** It is further, ORDERED that Defendants shall fully answer, within 30 days, post judgment interrogatories previously served.

10) **Third-Party Information Requests:** In addition to the powers of the Receiver set forth herein, the Receiver shall have the right, authority, and power to request and obtain from providers of utilities, telecommunications, telephone, cell phone, cable, Internet, data services, Internet web hosts, satellite television services, and all similar services, including Time Warner, AT&T, Verizon, Sprint, Satellite TV, Direct TV, EV1, Google, Yahoo!, and Internet blogs and chat rooms, and to compel the production of any information regarding the Defendant's payments, payment history and financial information, including account information, telephone numbers, names, service addresses, IP addresses, call detail records, payment records, and bank and credit card information. This Order specifically serves as the court order required by 47 U.S.C. § 551, and satisfies all obligations of the responding party to obtain or receive a court order prior to disclosing material containing personally identifiable information of the subscriber and/or customer.

11) **Turnover To Receiver:** Defendants are ORDERED to immediately turnover to the Receiver within five (5) days from receipt of a copy of this Order: a) the documents described in Exhibit A: Documents To Be Produced, together with all documents and financial records which may be requested by the Receiver; b) all checks, cash, securities (stocks and bonds), promissory notes, documents of title, and contracts owned by, or in the name of Defendants. Defendants are ORDERED to continue, until the Judgment in this cause is fully paid, to turn over to the Receiver at the Receiver's address all of Defendants' checks, cash, securities, promissory notes, documents of title, and contracts within three (3) days from receipt of such property.

Metra (817) 318-7000 · FAX (817) 267-1992
Toll Free (888) 799-3300 · FAX (888) 799-4000

E-mail: david@blendenlawfirm.com
www.blendenlawfirm.com

P. O. Box 564326 · Dallas, Texas 75356-6326
2217 Harwood Road · Bedford, Texas · 76021-3607

12) **Turnover Business Interests to Receiver:** Defendant is ORDERED to identify and turn over to the Receiver all Defendant's interests in any business or venture and all agreements, stock certificates, and other documents pertaining to the Defendant's ownership in the business or venture. This ORDER constitutes a Charging Order under the Texas Business Organizations Code.

13) **Receiver to Hold Property:** Receiver shall not disburse to plaintiff funds or proceeds from property sold by Receiver without Defendants' written consent, or court order.

SIGNED this 3 day of December 14, 2020

JUDGE PRESIDING

APPROVED AS TO FORM:
THE BLENDEN ROTH LAW FIRM

BY:

MARK P. BLENDEN
State Bar No. 02486300
PLAINTIFF'S ATTORNEY

## EXHIBIT A: DOCUMENTS TO BE PRODUCED

Upon Receiver's or Plaintiff's request, any and all records, as hereinafter described, concerning affairs of Defendants; unless otherwise noted, for the preceding 36 months.

1. Bank statements; pass books, and other bank or financial institution records;

2. Federal income and state franchise tax returns;

3. State sales tax reports;

4. Business journals, ledgers, accounts payable files, and accounts receivable files;

5. Motor vehicle certificates of title;

6. Real property deeds and deeds of trust;

7. Credit applications, balance sheets, financial statements, and other documents stating Defendants' financial condition (preceding 72 months).

29620
prmuldef